```
 1
 2
 3
 4
 5                                              JS-6
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA )   Case No. EDCV 09-304 VAP
    ,                        )   Case No. CR 04-23 VAP
12                           )
                             )
13  Plaintiff/Respondent,    )   JUDGMENT
                             )
14       v.                  )
                             )
15  JAIME GUSTAVO GAYTON-    )
    GONZALEZ,                )
16
17  Defendant/Petitioner.
    _____
18
19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20       Pursuant to the Order filed herewith, IT IS ORDERED
21  AND ADJUDGED that DEFENDANT'S Motion is DENIED and this
22  action is DISMISSED WITH PREJUDICE.  The Court orders
23  that such judgment be entered.
24
25
26  Dated: May 11, 2010          _____
                                 VIRGINIA A. PHILLIPS
27                               United States District Judge
28
```